Frank Waisman, trading as Waisman Realty Company, appellee, v. A. Rootberg and Mrs. A. Rootberg, appellants. Gen. No. 31,046.

Action to recover realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the third division of this court

for the first district at the March term, 1926.   Affirmed.   *Opinion* filed March 2, 1927.   Rehearing denied March 15, 1927.

Ruekberg & Burr, for appellants.   Jacob G. Grossberg, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.